| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c) | |
|---|---|
| Gillman & Gillman, LLC<br>770 Amboy Avenue<br>Edison, New Jersey 08837<br>Phone (732) 661-1664<br>Attorney for Debtors<br>By: Justin M. Gillman, Esq. | |
| In Re:<br><br>Thomas D. Willshire | Case No.: 16-26074<br>Chapter: 13<br>Judge: RG |

**FILED**
JEANNE A. NAUGHTON, CLERK
JUL 26 2017
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY_____ DEPUTY

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

7-26-17

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ____January 20, 2017____ :

Property:     50 Warren Court South Orange, NJ 07079

Creditor:     Nationstar Mortgage

and a Request for

- ☑ Extension of the 90 day Loss Mitigation Period having been filed by ____Debtor____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including ____10-26-17____ (~~July 18, 2017~~).

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2