UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

RAS CITRON, LLC
130 Clinton Road, Suite 202
Fairfield, NJ 07004
Telephone: 973-575-0707
Attorneys for Secured Creditor

In Re:

THOMAS WILLSHIRE,

Debtor

Case No.: _____16-26074_____

Judge: _____Gambardella_____

Chapter: _____13_____

# APPLICATION FOR EXTENSION OR
# EARLY TERMINATION OF LOSS MITIGATION PERIOD

The undersigned is the _____Attorney for Secured Creditor_____ in this matter. On _____, a Loss Mitigation Order was entered concerning:

Property: _____50 Warren Court, South Orange, NJ 07079_____

Creditor: __Nationstar Mortgage LLC d/b/a Mr. Cooper_____

Pursuant to the Loss Mitigation Order, the Loss Mitigation Period will expire on ____July 23, 2018____.

For the reason(s) set forth below, the _____ hereby requests:

☐ An extension of the Loss Mitigation Period to _____ .

☑ Early termination of the Loss Mitigation Period, effective _____immediately_____ .

Set forth the applicant's reason(s) for the above request:
Debtor's motion to participate in the LMP was granted on 01/09/2017.  The loss mit period was extended by orders dated 05/02/2017, 07/26/2017, 11/07/2017 and 02/05/2018.  Debtor filed another application to extend loss mit on 04/24/2018; no order has been entered on that application.  To date, despite all of the extensions, Debtor has failed to open the DMM Portal or otherwise engage in loss mitigation.

Dated: May 10, 2018                    /s/  Laura Egerman_____
                                        Applicant's signature

*Revised  9/19/13*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**RAS Citron, LLC**
Attorneys for Secured Creditor
130 Clinton Road, Suite 202
Fairfield, NJ 07004
Telephone No.: 973-575-0707

Laura Egerman, Esq. (LE-8250)

| | |
|---|---|
| In Re: | Case No.: 16-26074-RG |
| THOMAS WILLSHIRE, | Chapter: 13 |
| Debtor. | Hearing Date: |
| | Judge: Rosemary Gambardella |

## CERTIFICATION OF SERVICE

1. I, Laura Egerman, represent Nationstar Mortgage LLC d/b/a Mr. Cooper in this matter.

2. On May 10, 2018, I caused a copy of the following pleadings and/or documents to be sent to the parties listed in the chart below: Application for Early Termination of Loss Mitigation, Certification of Service.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

DATED: May 10, 2018

RAS Citron, LLC
Attorneys for Secured Creditor
130 Clinton Road, Suite 202
Fairfield, NJ 07004

By: /s/ Laura Egerman____
Laura M. Egerman, Esquire
Email: legerman@rasnj.com

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Thomas D. Willshire<br>50 Warren Court<br>South Orange, NJ 07079 | Debtor | □ Hand-delivered<br>[x] Regular mail<br>□ Certified Mail/RR<br>□ E-mail<br>□ Notice of Electronic Filing (NEF)<br>□ Other _____<br>(as authorized by the court*) |
| Justin M. Gillman, Esq.<br>Gillman & Gillman<br>770 Amboy Ave.<br>Edison, NJ 08837 | Debtor's Attorney | □ Hand-delivered<br>[x] Regular mail<br>□ Certified Mail/RR<br>□ E-mail<br>[x] Notice of Electronic Filing (NEF)<br>□ Other _____<br>(as authorized by the court*) |
| Marie Ann Greenberg<br>Standing Chapter 13 Trustee<br>30 Two Bridges Road, Suite 330<br>Fairfield, NJ 07004 | Trustee | □ Hand-delivered<br>[x] Regular mail<br>□ Certified Mail/RR<br>□ E-mail<br>[x] Notice of Electronic Filing (NEF)<br>□ Other _____<br>(as authorized by the court*) |