Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  16–26074–RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Thomas D Willshire
   50 Warren Court
   South Orange, NJ 07079

Social Security No.:
   xxx–xx–2077

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 6/20/18 at 10:30 AM

to consider and act upon the following:

*53* – Application for Extension of Loss Mitigation Period. Filed by Justin M Gillman on behalf of Thomas D Willshire. Objection deadline is 4/27/2018. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Gillman, Justin)

*54* – Application for Early Termination of Loss Mitigation Period. Filed by Laura M. Egerman on behalf of Nationstar Mortgage LLC. Objection deadline is 5/14/2018. (Egerman, Laura)

Dated: 5/24/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court