Gillman & Gillman, LLC
770 Amboy Avenue
Edison, New Jersey 08837
Phone (732) 661-1664
Attorney for Debtors
By: Justin M. Gillman, Esq.



Order Filed on August 6, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re: | Chapter: 13 |
|---|---|
| Thomas D. Willshire | Case No.: 16-26074 |
|  | Hearing Date: August 8, 2018 |
| Debtor(s). | Judge: Rosemary Gambardella |

### INTERIM CONSENT ORDER EXTENDING LOSS MITIGATION AND RESOLVING SECURED CREDITOR'S APPLICATION FOR EARLY TERMINATION OF LOSS MITIGATION

The relief set forth on the following pages, numbers two (2) through three (3) is hereby

ORDERED.

**DATED: August 6, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor:  Thomas D. Willshire
Case No. 16-26074-RG
Caption of Order:  Interim Consent Order Extending Loss Mitigation and Resolving Secured Creditor's Application for Early Termination of Loss Mitigation

---

This matter having been brought before the Court by Justin Gillman, Esq., Gillman and Gillman, LLC, attorneys for the Debtors, by way of the Debtor's Application for Extension of the Bankruptcy Court Loss Mitigation Program as it relates to the property located at 50 Warren Court, South Orange, New Jersey 07079 (the "Property"); and Nationstar Mortgage LLC ("Secured Creditor"), by and through its attorneys, Robertson, Anschutz & Schneid, PL, having filed an Application for Early Termination of Loss Mitigation; the parties having subsequently resolved the Objection; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for other and good cause shown:

IT IS HEREBY ORDERED as follows:

1.      THAT the Loss Mitigation Period is extended up to and including Friday, August 31, 2018, subject to the terms and conditions herein.

2.      THAT the Debtor must open the DMM Portal and submit a loss mitigation application package to Secured Creditor on or before Wednesday, August 8, 2018 at 5:00 p.m. E.D.T.

3.      THAT, in the event that the DMM Portal is not opened as set forth in Paragraph 2, above, the loss mitigation period shall immediately terminate without further order of the Court.

Debtor:  Thomas D. Willshire
Case No. 16-26074-RG
Caption of Order:  Interim Consent Order Extending Loss Mitigation and Resolving Secured Creditor's Application for Early Termination of Loss Mitigation

_____

We hereby consent to the form, substance and entry of the within order:

/s/ Justin M. Gillman                              Dated: August 2, 2018
Justin M. Gillman, Esq.
Gillman & Gillman, LLC
Attorney for Debtors



/s/ Laura Egerman, Esq.                         Dated: August 2, 2018
Laura Egerman, Esq.
Robertson, Anschutz & Schneid, PL
Attorneys For Secured Creditor,
Nationstar Mortgage LLC