Gillman & Gillman, LLC
770 Amboy Avenue
Edison, New Jersey 08837
Phone (732) 661-1664
Attorney for Debtors
By: Justin M. Gillman, Esq.

Order Filed on August 6, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re: | Chapter: 13 |
|---|---|
| Thomas D. Willshire | Case No.: 16-26074 |
| | Hearing Date: August 8, 2018 |
| Debtor(s). | Judge: Rosemary Gambardella |

**INTERIM CONSENT ORDER EXTENDING LOSS MITIGATION AND
RESOLVING SECURED CREDITOR'S APPLICATION FOR EARLY TERMINATION
OF LOSS MITIGATION**

The relief set forth on the following pages, numbers two (2) through three (3) is hereby

ORDERED.

DATED: August 6, 2018

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor:  Thomas D. Willshire
Case No. 16-26074-RG
Caption of Order:  Interim Consent Order Extending Loss Mitigation and Resolving Secured Creditor's Application for Early Termination of Loss Mitigation

_____

This matter having been brought before the Court by Justin Gillman, Esq., Gillman and Gillman, LLC, attorneys for the Debtors, by way of the Debtor's Application for Extension of the Bankruptcy Court Loss Mitigation Program as it relates to the property located at 50 Warren Court, South Orange, New Jersey 07079 (the "Property"); and Nationstar Mortgage LLC ("Secured Creditor"), by and through its attorneys, Robertson, Anschutz & Schneid, PL, having filed an Application for Early Termination of Loss Mitigation; the parties having subsequently resolved the Objection; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for other and good cause shown:

IT IS HEREBY ORDERED as follows:

1.      THAT the Loss Mitigation Period is extended up to and including Friday, August 31, 2018, subject to the terms and conditions herein.

2.      THAT the Debtor must open the DMM Portal and submit a loss mitigation application package to Secured Creditor on or before Wednesday, August 8, 2018 at 5:00 p.m. E.D.T.

3.      THAT, in the event that the DMM Portal is not opened as set forth in Paragraph 2, above, the loss mitigation period shall immediately terminate without further order of the Court.

Debtor:  Thomas D. Willshire
Case No. 16-26074-RG
Caption of Order:  Interim Consent Order Extending Loss Mitigation and Resolving Secured Creditor's Application for Early Termination of Loss Mitigation

_____

We hereby consent to the form, substance and entry of the within order:

/s/ Justin M. Gillman                             Dated: August 2, 2018
Justin M. Gillman, Esq.
Gillman & Gillman, LLC
Attorney for Debtors


/s/ Laura Egerman, Esq.                       Dated: August 2, 2018
Laura Egerman, Esq.
Robertson, Anschutz & Schneid, PL
Attorneys For Secured Creditor,
Nationstar Mortgage LLC

United States Bankruptcy Court
District of New Jersey

In re:  
Thomas D Willshire  
    Debtor

Case No. 16-26074-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Aug 07, 2018  
                       Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2018.  
db          +Thomas D Willshire,    50 Warren Court,    South Orange, NJ 07079-2336

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2018                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2018 at the address(es) listed below:

         Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Justin Plean    on behalf of Creditor    NATIONSTAR MORTGAGE LLC jplean@rasflaw.com, bkyecf@rasflaw.com;ras@ecf.courtdrive.com  
         Justin M Gillman    on behalf of Debtor Thomas D Willshire abgillman@optonline.net, r47252@notify.bestcase.com  
         Laura M. Egerman    on behalf of Creditor    Nationstar Mortgage LLC bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         Patrick O. Lacsina    on behalf of Creditor    Nationstar Mortgage LLC , PATRICK.LACSINA@GMAIL.COM  
         Sindi Mncina    on behalf of Creditor    NATIONSTAR MORTGAGE LLC smncina@rascrane.com  
                                                              TOTAL: 7