| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Gillman & Gillman, LLC<br>770 Amboy Avenue<br>Edison, New Jersey 08837<br>Phone (732) 661-1664<br>Attorney for Debtors<br>By: Justin M. Gillman, Esq. | Order Filed on September 18, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

In Re:

Thomas D. Willshire

Case No.:     16-26074

Chapter:     13

Judge:     RG

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 18, 2018**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ___January 20, 2017___ :

Property:     50 Warren Court South Orange, NJ 07079

Creditor:     Nationstar Mortgage

and a Request for

- ☑ Extension of the 90 day Loss Mitigation Period having been filed by ___Debtor___, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including ___November 29, 2018___ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Thomas D Willshire  
    Debtor

Case No. 16-26074-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Sep 18, 2018  
                Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2018.  
db           +Thomas D Willshire,    50 Warren Court,    South Orange, NJ 07079-2336

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2018                                                                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2018 at the address(es) listed below:

           Denise E. Carlon     on behalf of Creditor     Toyota Motor Credit Corporation  
            dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
           Justin Plean     on behalf of Creditor     NATIONSTAR MORTGAGE LLC jplean@rasflaw.com,  
            bkyecf@rasflaw.com;ras@ecf.courtdrive.com  
           Justin M Gillman     on behalf of Debtor Thomas D Willshire abgillman@optonline.net,  
            r47252@notify.bestcase.com  
           Laura M. Egerman     on behalf of Creditor     Nationstar Mortgage LLC bkyecf@rasflaw.com,  
            bkyecf@rasflaw.com;legerman@rasnj.com  
           Marie-Ann Greenberg     magecf@magtrustee.com  
           Patrick O. Lacsina     on behalf of Creditor     Nationstar Mortgage LLC ,   PATRICK.LACSINA@GMAIL.COM  
           Sindi Mncina     on behalf of Creditor     NATIONSTAR MORTGAGE LLC smncina@rascrane.com  
                                                                                                                               TOTAL: 7