Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 16−26074−RG
                Chapter: 13
                Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Thomas D Willshire
   50 Warren Court
   South Orange, NJ 07079

Social Security No.:
   xxx−xx−2077

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

   Notice is hereby given that a Plan was confirmed in this matter on January 9, 2017.

   On 1/4/19 the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable Rosemary Gambardella on:

Date:               February 6, 2019
Time:              08:30 AM
Location:         Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: January 7, 2019
JAN: lc

                                                                            Jeanne Naughton
                                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Thomas D Willshire  
    Debtor

Case No. 16-26074-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3      Date Rcvd: Jan 07, 2019  
                 Form ID: 185      Total Noticed: 58

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2019.

```
db             +Thomas D Willshire,   50 Warren Court,   South Orange, NJ 07079-2336
aty            +Jaclyn Danielle Gonzalez,   Robertson, Anschutz & Schneid, P.L.,   6409 Congress Ave,
                 Suite 100,   Boca Raton, FL 33487-2853
cr             +Nationstar Mortgage LLC,   RAS Citron LLC,   130 Clinton Road,   Suite 202,
                 Fairfield, NJ 07004-2927
516352019      +Amex,   Po Box 297871,   Fort Lauderdale, FL 33329-7871
516352016      +Amex,   Correspondence,   Po Box 981540,   El Paso, TX 79998-1540
516352022      +At&T Universal Citi Card,   Po Box 6500,   Sioux Falls, SD 57117-6500
516352023      +At&T Universal Citi Card,   Po Box 6241,   Sioux Falls, SD 57117-6241
516352025      +Beneficial Mutual Savings,   106 South 16th Street,   Philadelphia, PA 19102-2802
516352024      +Beneficial Mutual Savings,   Beneficial Mutual Savings,   530 Walnut St., Attn: Bankruptcy,
                 Philadelphia, PA 19106-3624
516352028      +Chase Card Services,   Po Box 15298,   Wilmington, DE 19850-5298
516352026      +Chase Card Services,   Attn: Correspondence Dept,   Po Box 15298,   Wilmington, DE 19850-5298
516352027      +Chase Card Services,   Correspondence Dept,   Po Box 15278,   Wilmington, DE 19850-5278
516352031      +Citibank/Sears,   Po Box 6283,   Sioux Falls, SD 57117-6283
516352030      +Citibank/Sears,   Citicorp Credit Services/Attn: Centraliz,   Po Bopx 790040,
                 Saint Louis, MO 63179-0040
516352034       Equifax,   P.O. Box 740241,   Atlanta, GA 30374-0241
516352035      +Essex County Sheriff,   Essex County Courts Bldg.,   50 W. Market St.,   Newark, NJ 07102-1607
516352036      +Experian,   475 Anton Blvd,   Costa Mesa, CA 92626-7037
516352038     ++GUARANTY BANK,   4000 W BROWN DEER ROAD,   LOAN ADMINISTRATION,   BROWN DEER WI 53209-1221
               (address filed with court: Guaranty Bank,   4000 W. Brown Deer,   Brown Deer, WI 53209)
516352040      +Jones & Associates Law Group, LLC,   200 Centennial Ave.,   Suite 200,
                 Piscataway, NJ 08854-3950
516352042      +Mortgage Service Cente,   2001 Bishops Gate Blvd,   Mount Laurel, NJ 08054-4604
516352041      +Mortgage Service Cente,   Attn: Bankruptcy Dept,   Po Box 5452,   Mt Laurel, NJ 08054-5452
516399536      +NATIONSTAR MORTGAGE LLC,   ROBERTSON, ANSCHUTZ & SCHNEID, P.L.,   6409 CONGRESS AVE., SUITE 100,
                 BOCA RATON, FL 33487-2853
516352045     ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC,   350 Highland Dr,   Lewisville, TX 75067)
516352048      +NJ Motor Vehicle Commission,   225 East State Street,   Trenton, NJ 08666-0001
516352049      +NJ Motor Vehicle Commission,   P.O. Box 160,   Trenton, NJ 08666-0160
516429529      +NJSVS Surcharge Violation System Office,   NJSVS Bankruptcy Unit,   PO BOX 4850,
                 Trenton, NJ 08650-4850
516352043      +Nationstar Mortgage LLC,   8950 Cypress Waters Blvd,   Coppell, TX 75019-4620
516352047      +New York State,   Department of Taxation and Finance,   Bankrtupcy Section,   P.O. Box 5300,
                 Albany, NY 12205-0300
516352051      +Prin Res Mtg,   711 High St,   Des Moines, IA 50392-0001
516352050      +Prin Res Mtg,   Attn: Bankruptcy,   711 High Street,   Des Moines, IA 50392-0001
516352052      +RAS Citron, LLC,   130 Clinton Road,   Suite 202,   Fairfield, NJ 07004-2927
516484063     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,   Division of Taxation,   P.O. Box 245,
                 Trenton, NJ 08695-0245)
516352053      +State of New Jeresy Division of Taxation,   Revenue Processing Center,   PO Box 111,
                 Trenton, NJ 08645-0111
516352069     ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit Co,   4 Gatehall Dr Ste 350,
                 Parsippany, NJ 07054)
516352067      +Target,   Po Box 673,   Minneapolis, MN 55440-0673
516352066      +Target,   C/O Financial & Retail Services,   Mailstop BT PO Box 9475,
                 Minneapolis, MN 55440-9475
516512827      +Toyota Lease Trust,   c/o Toyota Motor Credit Corporation,   PO Box 9013,
                 Addison, Texas 75001-9013
516352071       TransUnion,   P.O. Box 2000,   Crum Lynne, PA 19022
516352079     ++WELLS FARGO BANK NA,   WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,   3476 STATEVIEW BLVD,   FORT MILL SC 29715-7203
               (address filed with court: Wells Fargo Home Mortgage,   8480 Stagecoach Cir,
                 Frederick, MD 21701)
516352077       Wells Fargo Bank Card,   Credit Bureau Disp,   Des Moines, IA 50306
516352076      +Wells Fargo Bank Card,   Mac F82535-02f,   Po Box 10438,   Des Moines, IA 50306-0438
516352078       Wells Fargo Home Mortgage,   Written Correspondence Resolutions,   Mac#2302-04e Pob 10335,
                 DesMoines, IA 50306
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 08 2019 00:14:04     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 08 2019 00:14:01     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516352033       E-mail/Text: mrdiscen@discover.com Jan 08 2019 00:13:00     Discover Financial,   Po Box 15316,
                 Wilmington, DE 19850
516352032      +E-mail/Text: mrdiscen@discover.com Jan 08 2019 00:13:00     Discover Financial,   Po Box 3025,
                 New Albany, OH 43054-3025
```

```
District/off: 0312-2          User: admin              Page 2 of 3            Date Rcvd: Jan 07, 2019
                              Form ID: 185             Total Noticed: 58

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516352039        E-mail/Text: cio.bncmail@irs.gov Jan 08 2019 00:13:12      Internal Revenue Service (IRS),
                  Department of Treasury,    P.O. Box 7346,   Philadelphia, PA 19101-7346
516577011       +E-mail/PDF: gecsedi@recoverycorp.com Jan 08 2019 00:11:06      Synchrony Bank,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk VA 23541-1021
516352054       +E-mail/PDF: gecsedi@recoverycorp.com Jan 08 2019 00:22:58      Synchrony Bank/Brook Brothers,
                  Po Box 103104,    Roswell, GA 30076-9104
516352055       +E-mail/PDF: gecsedi@recoverycorp.com Jan 08 2019 00:11:57      Synchrony Bank/Brook Brothers,
                  Po Box 965005,    Orlando, FL 32896-5005
516352056       +E-mail/PDF: gecsedi@recoverycorp.com Jan 08 2019 00:11:07      Synchrony Bank/Gap,
                  Po Box 965064,    Orlando, FL 32896-5064
516352059       +E-mail/PDF: gecsedi@recoverycorp.com Jan 08 2019 00:11:59      Synchrony Bank/Gap,
                  Po Box 965005,    Orlando, FL 32896-5005
516352063       +E-mail/PDF: gecsedi@recoverycorp.com Jan 08 2019 00:11:59      Synchrony Bank/Old Navy,
                  Po Box 965005,    Orlando, FL 32896-5005
516352062       +E-mail/PDF: gecsedi@recoverycorp.com Jan 08 2019 00:11:30      Synchrony Bank/Old Navy,
                  Po Box 965064,    Orlando, FL 32896-5064
516352064       +E-mail/PDF: gecsedi@recoverycorp.com Jan 08 2019 00:11:33      Synchrony Bank/PC Richards & Sons,
                  Po Box 965064,    Orlando, FL 32896-5064
516352065       +E-mail/PDF: gecsedi@recoverycorp.com Jan 08 2019 00:11:59      Synchrony Bank/PC Richards & Sons,
                  C/o Po Box 965036,    Orlando, FL 32896-0001
516352074       +E-mail/Text: vci.bkcy@vwcredit.com Jan 08 2019 00:14:14      Volkswagen Credit, Inc,
                  1401 Franklin Blvd,    Libertyville, IL 60048-4460
516352072       +E-mail/Text: vci.bkcy@vwcredit.com Jan 08 2019 00:14:14      Volkswagen Credit, Inc,   Po Box 3,
                  Hillsboro, OR 97123-0003
                                                                                               TOTAL: 16

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516352017*     +Amex,   Correspondence,   Po Box 981540,   El Paso, TX 79998-1540
516352018*     +Amex,   Correspondence,   Po Box 981540,   El Paso, TX 79998-1540
516352020*     +Amex,   Po Box 297871,   Fort Lauderdale, FL 33329-7871
516352021*     +Amex,   Po Box 297871,   Fort Lauderdale, FL 33329-7871
516352029*     +Chase Card Services,   Po Box 15298,   Wilmington, DE 19850-5298
516352037*    ++GUARANTY BANK,   4000 W BROWN DEER ROAD,   LOAN ADMINISTRATION,   BROWN DEER WI 53209-1221
               (address filed with court: Guaranty Bank,    Attn: Bankruptcy,    4000 West Brown Deer Rd,
                 Milwaukee, WI 53209)
516352046*    ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC,    350 Highland Dr,   Lewisville, TX 75067)
516584403*    ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC,    PO BOX 619096,   Dallas, TX 75261)
516352044*     +Nationstar Mortgage LLC,   8950 Cypress Waters Blvd,   Coppell, TX 75019-4620
516352057*     +Synchrony Bank/Gap,   Po Box 965064,   Orlando, FL 32896-5064
516352058*     +Synchrony Bank/Gap,   Po Box 965064,   Orlando, FL 32896-5064
516352060*     +Synchrony Bank/Gap,   Po Box 965005,   Orlando, FL 32896-5005
516352061*     +Synchrony Bank/Gap,   Po Box 965005,   Orlando, FL 32896-5005
516352068*    ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit Co,    Po Box 8026,   Cedar Rapids, IA 52408)
516352070*    ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit Co,    Po Box 8026,   Cedar Rapids, IA 52408)
516352075*     +Volkswagen Credit, Inc,   1401 Franklin Blvd,   Libertyville, IL 60048-4460
516352073*     +Volkswagen Credit, Inc,   Po Box 3,   Hillsboro, OR 97123-0003
                                                                                      TOTALS: 0, * 17, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2019                                    Signature:   /s/Joseph Speetjens

```
District/off: 0312-2           User: admin                  Page 3 of 3              Date Rcvd: Jan 07, 2019
                               Form ID: 185                 Total Noticed: 58
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 7, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Justin  Plean    on behalf of Creditor    NATIONSTAR MORTGAGE LLC jplean@rasflaw.com,
               bkyecf@rasflaw.com;ras@ecf.courtdrive.com
              Justin M Gillman    on behalf of Debtor Thomas D Willshire abgillman@optonline.net,
               r47252@notify.bestcase.com
              Laura M. Egerman    on behalf of Creditor    Nationstar Mortgage LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Patrick O. Lacsina    on behalf of Creditor    Nationstar Mortgage LLC ,  PATRICK.LACSINA@GMAIL.COM
              Sindi  Mncina    on behalf of Creditor    NATIONSTAR MORTGAGE LLC smncina@rascrane.com
              Sindi  Mncina    on behalf of Creditor    Nationstar Mortgage LLC smncina@rascrane.com
                                                                                             TOTAL: 8
```