| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>_____<br>Gillman & Gillman, LLC<br>770 Amboy Avenue<br>Edison, New Jersey 08837<br>Phone (732) 661-1664<br>Attorney for Debtors<br>By: Justin M. Gillman, Esq. | Order Filed on March 7, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

In Re:

Thomas D. Willshire

Case No.: 16-26074

Chapter: 13

Judge: RG

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 7, 2019**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ___January 20, 2017___ :

Property: ___50 Warren Court South Orange, NJ 07079___

Creditor: ___Nationstar Mortgage___

and a Request for

- ☑ Extension of the 90 day Loss Mitigation Period having been filed by ___Debtor___, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including ___May 28, 2019___ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2