| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Marie-Ann Greenberg MAG-1284**<br>**Chapter 13 Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840** | |
| IN RE:<br><br>   THOMAS D WILLSHIRE | |



Order Filed on March 14, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  16-26074 RG

Hearing Date:  3/6/2019

Judge:  ROSEMARY GAMBARDELLA

Debtor is Entitled To Discharge

## ORDER MODIFYING CHAPTER 13 PLAN POST CONFIRMATION

The relief set forth on the following pages, numbered 2 through 2 is hereby **ORDERED**.

**DATED: March 14, 2019**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Case No.: 16-26074 RG

Caption of Order:      ORDER MODIFYING CHAPTER 13 PLAN POST CONFIRMATION

    The Plan of the Debtor having been proposed to creditors, and hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provisions of the Bankruptcy Code have been complied with; and for good cause shown, it is

- ORDERED, that the plan of the above named Debtor dated 1/4/2019, or as amended at the confirmation hearing is hereby confirmed.  The Standing Trustee shall make payments in accordance with 11 U.S.C. § 1326 with funds received from the Debtor; and it is further

- ORDERED, that to the extent that the Debtor's plan contains motions to avoid judicial liens under 11 U.S.C. Section 522(f) and/or to avoid liens and reclassify claims in whole or in part, such motions are hereby granted, except as specified herein:

- ORDERED, that commencing 9/1/2016, the Debtor shall pay the Standing Trustee

    the sum of $6,200.00 paid into date over 30 month(s), and then

    the sum of $509.00 for a period of 6 month(s), which payments shall include commission and expenses of the Standing Trustee in accordance with 28 U.S.C. § 586. The unsecured creditors shall receive on a pro rata basis, the balance remaining from the payments set forth in this paragraph, after payment of all administrative, priority & secured claims (i.e., Pot Plan); and it is further

- ORDERED, that Debtor is to complete a Loan Modification by a date as further ordered by the Court's Loss Mitigation Program or the case will be dismissed upon certification of the Trustee with 14 days notice to debtor and debtor's attorney; and it is further

- ORDERED, that Debtor must file either an extension or re-imposition of loss mitigation by 3/15/19 or the case will be dismissed upon certification of the Trustee with 14 days notice to debtor(s) and debtor's attorney; and it is further

- ORDERED, that the mortgage arrears are to be paid outside the plan through loan modification unless otherwise ordered by the Court; and it is further

- ORDERED, that any additional attorney fees will require an increase in plan payments; and it is further

- ORDERED, that upon completion of the plan, affected secured creditors shall take all steps necessary to remove of record any lien or portion of any discharged; and it is further

- ORDERED, that upon expiration of the Deadline to File a Proof of Claim, the Chapter 13 Standing Trustee may submit an Amended Order Confirming Plan upon notice to the Debtor, Debtor's attorney and any other party filing a Notice of Appearance.