Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−26074−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Thomas D Willshire
   50 Warren Court
   South Orange, NJ 07079

Social Security No.:
   xxx−xx−2077

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 8/21/19 at 10:00 AM

to consider and act upon the following:

*82* − Motion to Approve Loan Modification with Nationstar Mortgage LLC Filed by Phillip Andrew Raymond on behalf of Nationstar Mortgage LLC. Objection deadline is 07/17/2019. (Attachments: # 1 Certification # 2 Exhibit "A" # 3 Proposed Order # 4 Certificate of Service) (Raymond, Phillip)

*83* − Motion to Approve Loan Modification with Nationstar Mortgage, LLC d/b/a Mr. Cooper Filed by Justin M Gillman on behalf of Thomas D Willshire. Objection deadline is 07/17/2019. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) (Gillman, Justin)

*84* − Objection to (related document:82 Motion to Approve Loan Modification with Nationstar Mortgage LLC Filed by Phillip Andrew Raymond on behalf of Nationstar Mortgage LLC. Objection deadline is 07/17/2019. (Attachments: # 1 Certification # 2 Exhibit "A" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Nationstar Mortgage LLC) filed by Justin M Gillman on behalf of Thomas D Willshire. (Gillman, Justin)

Dated: 7/18/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court