Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−26074−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Thomas D Willshire
   50 Warren Court
   South Orange, NJ 07079

Social Security No.:
   xxx−xx−2077

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 8/21/19 at 10:00 AM

to consider and act upon the following:

*82* − Motion to Approve Loan Modification with Nationstar Mortgage LLC Filed by Phillip Andrew Raymond on behalf of Nationstar Mortgage LLC. Objection deadline is 07/17/2019. (Attachments: # 1 Certification # 2 Exhibit "A" # 3 Proposed Order # 4 Certificate of Service) (Raymond, Phillip)

*83* − Motion to Approve Loan Modification with Nationstar Mortgage, LLC d/b/a Mr. Cooper Filed by Justin M Gillman on behalf of Thomas D Willshire. Objection deadline is 07/17/2019. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) (Gillman, Justin)

*84* − Objection to (related document:82 Motion to Approve Loan Modification with Nationstar Mortgage LLC Filed by Phillip Andrew Raymond on behalf of Nationstar Mortgage LLC. Objection deadline is 07/17/2019. (Attachments: # 1 Certification # 2 Exhibit "A" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Nationstar Mortgage LLC) filed by Justin M Gillman on behalf of Thomas D Willshire. (Gillman, Justin)

Dated: 7/18/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:
Thomas D Willshire
    Debtor

Case No. 16-26074-RG
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jul 18, 2019
                  Form ID: ntchrgbk    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2019.
db     +Thomas D Willshire,   50 Warren Court,   South Orange, NJ 07079-2336
aty    +Jaclyn Danielle Gonzalez,   Robertson, Anschutz & Schneid, P.L.,   6409 Congress Ave,    Suite 100,   Boca Raton, FL 33487-2853
cr     +Nationstar Mortgage LLC,   RAS Citron LLC,   130 Clinton Road,   Suite 202,    Fairfield, NJ 07004-2927

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2019 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation     dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Justin Plean    on behalf of Creditor    NATIONSTAR MORTGAGE LLC jplean@rasflaw.com,     bkyecf@rasflaw.com;ras@ecf.courtdrive.com
      Justin M Gillman    on behalf of Debtor Thomas D Willshire ecf@gbclawgroup.com,     5326@notices.nextchapterbk.com,e4eaf5f23@maildrop.clio.com
      Laura M. Egerman    on behalf of Creditor    Nationstar Mortgage LLC bkyecf@rasflaw.com,     bkyecf@rasflaw.com;legerman@rasnj.com
      Marie-Ann Greenberg    magecf@magtrustee.com
      Melissa N. Licker    on behalf of Creditor    Nationstar Mortgage LLC NJ_ECF_Notices@mccalla.com
      Patrick O. Lacsina    on behalf of Creditor    Nationstar Mortgage LLC ,   PATRICK.LACSINA@GMAIL.COM
      Phillip Andrew Raymond    on behalf of Creditor    Nationstar Mortgage LLC     phillip.raymond@mccalla.com
      Sindi Mncina    on behalf of Creditor    NATIONSTAR MORTGAGE LLC smncina@rascrane.com
      Sindi Mncina    on behalf of Creditor    Nationstar Mortgage LLC smncina@rascrane.com
                                                                                                                       TOTAL: 10