UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Gillman, Bruton & Capone, LLC
770 Amboy Avenue
Edison, NJ 08837
(732) 661-1664
Attorney for Debtor
By: Justin M. Gillman, Esq.

Order Filed on August 23, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

    Thomas D. Willshire

               Debtors

Case No.: 16-26074

Judge: Hon. Rosemary Gambardella, U.S.B.J.

Chapter: 13

Hearing Date: 8/21/2019

## ORDER APPROVING LOAN MODIFICATION AGREEMENT

The relief set forth on the following pages, numbers two (2) through three (3) is hereby ORDERED.

**DATED: August 23, 2019**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

- 1 -

THIS MATTER having been brought before the Court by way of the Debtor's Motion to Approve Loan Modification Agreement with Nationstar Mortgage, LLC d/b/a Mr. Cooper, the mortgage holder on the first mortgage on the Debtor's Residence at 50 Warren Avenue, South Orange, NJ 07079; Justin M. Gillman, Esq. Gillman, Bruton & Capone, appearing on behalf of the Debtor and Notice of the within Motion having been given and parties having been given timely Notice of the Motion; and the Court having considered the submissions to it; and for Good Cause Shown;

IT IS ORDERED as follows:

1. THAT the Debtor is hereby authorized to enter into the Loan Modification Agreement which has been provided to the Debtor by Nationstar Mortgage, LLC d/b/a Mr. Cooper, under the terms set forth therein.

2. THAT within thirty (30) days of the date of this Order, Nationstar Mortgage, LLC d/b/a Mr. Cooper shall amend the pre-petition arrange portion of their secured claim (Claim No. 6) to reflect the distributions paid through the Plan through the date of the Loan Modification Agreement.

3. THAT the claim of Nationstar Mortgage, LLC d/b/a Mr. Cooper (Claim No. 6) shall be treated outside the Plan and there shall be no distributions to Nationstar Mortgage, LLC d/b/a Mr. Cooper on its claim through the Plan.

4. THAT the Debtor shall file a Modified Plan within twenty (20) days of this Order.

5. THAT with respect to any post-petition orders, claims for post-petition mortgage arrears, and orders for creditor's attorney's fees which are being capitalized into

the loan, secured creditor will amend any and all post- petition orders or claims within 30 days after completion of the loan modification.

6. THAT Nationstar Mortgage, LLC d/b/a Mr. Cooper shall provide a fully executed copy of the Loan Modification Agreement to Debtor's counsel within thirty (30) days.

7. THAT the secured creditor shall, within thirty (30) days of entry of the within Order, file a Stipulation of Dismissal of any pending foreclosure proceedings now pending in the State Court and cancel any Lis Pendens.

8. THAT that secured creditor shall forward regular monthly billing statements directly to the Debtor.

United States Bankruptcy Court
District of New Jersey

In re:  
Thomas D Willshire  
      Debtor

Case No. 16-26074-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Aug 26, 2019  
                        Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2019.  
db          +Thomas D Willshire,    50 Warren Court,    South Orange, NJ 07079-2336

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2019 at the address(es) listed below:
         Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation  dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Justin  Plean    on behalf of Creditor    NATIONSTAR MORTGAGE LLC jplean@rasflaw.com, bkyecf@rasflaw.com;ras@ecf.courtdrive.com  
         Justin M Gillman    on behalf of Debtor Thomas D Willshire ecf@gbclawgroup.com, 5326@notices.nextchapterbk.com,e4eaf5f23@maildrop.clio.com  
         Laura M. Egerman    on behalf of Creditor    Nationstar Mortgage LLC bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
         Marie-Ann  Greenberg    magecf@magtrustee.com  
         Melissa N. Licker    on behalf of Creditor    Nationstar Mortgage LLC NJ_ECF_Notices@mccalla.com  
         Patrick O. Lacsina    on behalf of Creditor    Nationstar Mortgage LLC ,   PATRICK.LACSINA@GMAIL.COM  
         Phillip Andrew Raymond    on behalf of Creditor    Nationstar Mortgage LLC phillip.raymond@mccalla.com  
         Sindi  Mncina    on behalf of Creditor    NATIONSTAR MORTGAGE LLC smncina@rascrane.com  
         Sindi  Mncina    on behalf of Creditor    Nationstar Mortgage LLC smncina@rascrane.com  
                                                                                            TOTAL: 10